UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  David Ciarlante | : | Chapter: 13 |
| | : | |
| Debtors | : | Bankruptcy No. 20-10312-MDC |
| | : | |
| | : | Certification of Service 3rd Amended |
| | : | Chapter 13 Plan |
| | : | |

CERTIFICATION OF SERVICE OF
INITIAL CHAPTER 13 PLAN

I, Jeffery A. Fournier, Esquire, hereby certify that I served that the 3rd Amended Chapter 13 Plan was served to the interested parties listed below by first class prepaid postage mail and/or electronically on September 22, 2020:

| | |
|---|---|
| U.S. Department of Justice | (Electronically) |
| William C. Miller, Trustee | (Electronically) |
| Santander bank, N.A. | (Electronically) |
| New Rez LLV d/b/a Shellpoint Mortgage | (Electronically) |
| David Ciarlante | (Mail and E-mail) |

/S/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors