# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| | **: Chapter 13** |
| **In Re:** | **:** |
| **David Ciarlante** | **:** |
| | **:** |
| **Debtors** | **: Bankruptcy No. 20-10312-MDC** |
| | **:** |
| | **: Application for Compensation** |
| | **: of Attorney Fees for Services** |
| | **: Rendered from 10/08/2019 to 10/19/2020** |

## NOTICE

To the Debtor, Counsel, the Trustee, All Creditors and Parties In Interest NOTICE IS GIVEN THAT:

1. Jeffery A. Fournier, Esquire has filed an Application for Compensation of Attorney Fees for $4,974.00.00 in compensation for attorney fees and costs of $326.00 with $4,000.00 to be paid out of the Chapter 13 Plan.

That the creditors or parties in interest may file an answer, objection or request for hearing concerning the above application within twenty (20) days from the date of this notice with the Clerk, U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4269, and serve a copy on the counsel for the applicant, whose name and address appears below. If you do file an objection a hearing will be scheduled with the United States Bankruptcy Court.

Jeffery A. Fournier, Esquire
2480-B Durham Road
Bristol, PA  19007
(215) 943-1873

Date of Notice:  10/20/2020