UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: David Ciarlante<br>Debtor | Chapter 13<br><br>Bankruptcy No. 20-10312-MDC |

CERTIFICATION OF NO RESPONSE
FOR APPLICATION FOR ATTORNEY FEES
FILED ON OCTOBER 20, 2020, DOCKET #71

1) I, Jeffery A. Fournier, Esquire, hereby certify that I served a copy of the Amended 2nd Application for Attorney Fees filed on October 20, 2020, Docket No 71 served by first class mail, postage prepaid and/or electronically on October 20, 2020 to all interested parties.

2) Over twenty (20) days have lapsed and no response to the motion was filed to the with the Court.

3) Debtor respectfully request that the Application for Attorney Fees be granted.

Respectfully Requested.

/S/Jeffery A. Fournier, Esquire,  12/02/2020
Jeffery A. Fournier, Esquire
2480-B Durham Road
Bristol, PA 19007
(215) 943-1873