United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10312-mdc |
| David Ciarlante | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: 155 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Ciarlante, 2828 Asbury Avenue, Bensalem, PA 19020-3705 |
| 14535504 | + | Asset Acceptance, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14552594 | + | Jeffery A. Fournier, Esquire, 2480-B Durham Rd., Bristol, PA 19007-6902 |
| 14473901 | + | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14483308 | + | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14453541 | + | Ras Citron LLCAttn: Shanney Myers, Esquire, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 14470245 | | Santander Bank N.A., c/o Thomas A. Capehart, Attorney for Santander Bank, N.A., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14469622 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14453540 | | Santander Bank, N.A., P. O. Box 16255, Reading, PA 19612-6255 |
| 14453539 | + | Shellpoint Mortgage Servicing, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14487408 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:14:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14473117 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:14:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14473902 | *+ | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEFFERY A. FOURNIER | on behalf of Debtor David Ciarlante jefffournier@verizon.net |
| JILL MARIE FEIN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jfein@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| MICHAEL J. SHAVEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Asset Acceptance  LLC bkgroup@kmllawgroup.com |
| THOMAS A. CAPEHART | on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: David Ciarlante
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−10312−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this December 3, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Magdeline D. Coleman
                              Chief Judge ,
                              United States Bankruptcy Court

                                                80
                                        Form 155