United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                      Case No. 20-10312-mdc

David Ciarlante                                                                                                    Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: Adminstra                               Page 1 of 2

Date Rcvd: Dec 09, 2020                Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

**Recip ID**           **Recipient Name and Address**
db                     + David Ciarlante, 2828 Asbury Avenue, Bensalem, PA 19020-3705

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020                              Signature:             /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

**Name**                          **Email Address**
JEFFERY A. FOURNIER
                                      on behalf of Debtor David Ciarlante jefffournier@verizon.net

JILL MARIE FEIN
                                      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jfein@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com

MICHAEL J. SHAVEL
                                      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
                                      on behalf of Creditor Asset Acceptance  LLC bkgroup@kmllawgroup.com

THOMAS A. CAPEHART
                                      on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 09, 2020 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : **Chapter 13** |
| David Ciarlante | : |
| Debtors | : Bankruptcy No. 20-10312-MDC |
| | : Application for Compensation |
| | : of Attorney Fees for Services |
| | : Rendered from 10/08/2019 to 10/19/2020 |

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,974.00 and reimbursement of expenses of $326.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,300.00 which was paid by the Debtor(s) pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

By the Court,

Date:    December 9, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE