# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>**DAVID CIARLANTE**<br>**Debtor** | )<br>)<br>)<br>)<br>) | Chapter 13<br>Docket No. 20-10312-mdc<br><br>MOTION FOR STAY RELIEF<br>2828 Asbury Avenue, Bensalem, PA |
| SANTANDER BANK, N.A.<br>Movant<br>vs.<br><br>DAVID CIARLANTE and LORRAINE CIARLANTE<br>Respondents | )<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>**Hearing Date: February 23, 2021**<br>**Time: 10:30 a.m.**<br>**Courtroom: #2** |

## CERTIFICATION OF NO RESPONSE

I, Thomas A. Capehart, Esquire, attorney for the Movant, hereby certify that no answer, objection or other responsive pleading has been served upon me in connection with Santander Bank's Motion for Relief from the Automatic Stay with regard to property located at 2828 Asbury Avenue, Bensalem, Bucks County, Pennsylvania ("Premises"), which was served upon all parties of interest on January 27, 2021.

Dated:  February 22, 2021

Respectfully Submitted,
**GROSS MCGINLEY LLP**

By:/s/Thomas A. Capehart
Thomas A. Capehart, Esq.,
*Attorney for Santander Bank, N.A.*
PA Bar ID #57440
33 S. 7th Street, PO Box 4060
Allentown, PA 18105
610-820-5450 (p); 610-820-6006 (f)
tcapehart@grossmcginley.com