UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**                                                    **CASE NO.: 20-10312-mdc**
                                                                        **CHAPTER 13**

**David Ciarlante,**
  **Debtor.**

_____/

## NOTICE OF APPERANCE REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Charles Wohlrab
    Charles Wohlrab, Esq.
    Email: CWohlrab@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on February 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DAVID CIARLANTE

2828 ASBURY AVENUE

BENSALEM, PA 19020

And via electronic mail to:

FOURNIER LAW OFFICES
2480-B DURHAM ROAD
BRISTOL, PA 19007

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE

P.O. BOX 1229

PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE

200 CHESTNUT STREET

SUITE 502
PHILADELPHIA, PA 19106

By: /s/ <u>Michelle Zavitz</u>
Michelle Zavitz
Email: <u>mzavitz@raslg.com</u>