# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 20-10312-MDC

DAVID CIARLANTE

2828 ASBURY AVENUE

BENSALEM, PA 19020-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID CIARLANTE

    2828 ASBURY AVENUE

    BENSALEM, PA 19020-

Counsel for debtor(s), by electronic notice only.

    JEFFERY A FOURNIER
    2480-B DURHAM RD

    BRISTOL, PA 19007

                                        /S/ William C. Miller

Date: 3/1/2021                            _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee