## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  David Ciarlante | : | Chapter: 13 |
| Debtor, | : | |
| | : | Bankruptcy No. 20-10312-MDC |
| Santander Bank N.A. | : | |
| Movant | : | |
| -v- | : | |
| | : | |
| David Ciarlante | : | Motion for Relief from the Automatic Stay |
| Respondent | : | Santander Bank |

**ORDER**

AND NOW, this        day of March       , 2020, upon consideration of Santander Bank N.A.'s Motion for relief from the Automatic Stay, it is hereby Ordered that Respondent, David Ciarlante, has until March 23, 2021 to pay Santander Bank N.A. $586.57 to reinstate the mortgage.  If payment is not made by March 23, 2021, Santander Bank N.A. may file a certification of default with the Court and relief from the automatic stay be Ordered.  The hearing on this matter is continued to March 30, 2021 at 11:00 a.m..

If Respondent reinstates the mortgage, respondent is directed to file an amended Chapter 13 Plan incorporating attorney fees incurred by Santander Bank N.A. in the amount of $750.00.

Chief Judge Magdeline D. Coleman
United States Bankruptcy Judge