**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: David Ciarlante | Chapter: 13 |
| Debtor, | Bankruptcy No. 20-10312-MDC |
| vs. | |
| William C. Miller, Esquire<br>Chapter 13 Standing Trustee<br>Movant. | Answer to Motion for Dismissal |

**ANSWER TO MOTION FOR DISMISSAL,
FILED BY DAVID CIARLANTE, DEBTOR**

And now comes Carnell A. Jefferson, Debtor, through his attorney Jeffrey a Fournier, Esquire, files this response to the Motion for Dismissal file by William C. Miller, Esquire, Chapter 13 Standing Trustee asserting following answers:

1) Debtor sent certified funds to William C. Miller on March 18, 2021 in the amount of $2,077.92.

2) The above referenced funds cures the post petition arrearages owed according the the confirmed chapter 13 plan.

3) Movant's motion is mute and should be dismissed.

**WHEREFORE**, Debtors/ Respondents respectfully request that this motion be dismissed.

Respectfully submitted,

/s/ Jeffery A. Fournier, Esquire

Jeffery A. Fournier, Esquire
for David Ciarlante, Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: David Ciarlante | Chapter: 13 |
| Debtor, | Bankruptcy No. 20-10312-MDC |
| vs. | |
| William C. Miller, Esquire<br>Chapter 13 Standing Trustee<br>Movant. | Answer to Motion for Dismissal |

## VERIFICATION

I hereby state:

1. I verify that the statements made in this pleading/answer are true and correct to the best of my knowledge, information and belief; and

2. I understand that the statements made in this pleading/answer are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Debtors/Respondent,

/s/ David Ciarlante            Date: 03/18/2021

David Ciarlante, Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: David Ciarlante | Chapter: 13 |
| Debtor, | Bankruptcy No. 20-10312-MDC |
| vs. |  |
| William C. Miller, Esquire<br>Chapter 13 Standing Trustee<br>Movant. | Answer to Motion for Dismissal |

## CERTIFICATION OF SERVICE

I, Jeffery A. Fournier, Esquire, hereby certify that I served that the above Answer was served to the interested parties listed below by first class prepaid postage mail and/or electronically on March 19, 2021:

William C. Miller, Trustee            (Electronically)
P.O. Box 40119
Philadelphia, PA  19106-0119

/S/Jeffery A. Fournier, Esquire

———————————————
Jeffery A. Fournier, Esquire
Attorney for Debtor/Respondent