United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-10312-mdc

David Ciarlante                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                        Page 1 of 2

Date Rcvd: Apr 05, 2021                     Form ID: pdf900                                     Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Ciarlante, 2828 Asbury Avenue, Bensalem, PA 19020-3705 |
| 14470245 | | Santander Bank N.A., c/o Thomas A. Capehart, Attorney for Santander Bank, N.A., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14469622 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14453540 | | Santander Bank, N.A., P. O. Box 16255, Reading, PA 19612-6255 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:**

**Name**      **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

JEFFERY A. FOURNIER
    on behalf of Debtor David Ciarlante jefffournier@verizon.net

JILL MARIE FEIN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jfein@hillwallack.com
    skenny@hillwallack.com;lharkins@hillwallack.com

MICHAEL J. SHAVEL
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com
    ldejesus@hillwallack.com;lharkins@hillwallack.com

District/off: 0313-2                          User: admin                                Page 2 of 2
Date Rcvd: Apr 05, 2021                       Form ID: pdf900                            Total Noticed: 4

REBECCA ANN SOLARZ
                        on behalf of Creditor Asset Acceptance  LLC bkgroup@kmllawgroup.com

THOMAS A. CAPEHART
                        on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                        ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
                        on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com


TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |  |
|---|---|---|---|
| In Re:  David Ciarlante | | : | **Chapter: 13** |
| | Debtor, | : | **Bankruptcy No. 20-10312-MDC** |
| | | : | |
| Santander Bank N.A. | | : | |
| | Movant | : | |
| -v- | | : | |
| | | : | |
| David Ciarlante | | : | **Motion for Relief from the Automatic Stay** |
| | Respondent | : | **Santander Bank** |
| | | : | |
| | | : | |

### ORDER

AND NOW, this  5th  day of April 2021, upon consideration of Santander Bank N.A.'s Motion for relief from the Automatic Stay, it is hereby Ordered that Respondent, David Ciarlante, has until March 23, 2021 to pay Santander Bank N.A. $586.57 to reinstate the mortgage.  If payment is not made by March 23, 2021, Santander Bank N.A. may file a certification of default with the Court  and relief from the automatic stay be Ordered.  The hearing on this matter is continued to March 30, 2021 at 11:00 a.m..

If Respondent reinstates the mortgage, respondent is directed to file an amended Chapter 13 Plan incorporating attorney fees incurred by Santander Bank N.A. in the amount of $750.00.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge