## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br>**David Ciarlante,**<br>        **Debtor.**<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br>        **Movant.**<br>**v.**<br>**David Ciarlante,**<br>        **Debtor/Respondent.**<br>**WILLIAM C. MILLER, Esquire**<br>        **Trustee/Respondent.** | **Bankruptcy No. 20-10312-mdc**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this 13th day of _____ April _____ 2021, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE